PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

### Report on Individual Under Supervision

Name of Individual Under Supervision: Marco DeJesus    Cr.: 19-00865-001
                                                       PACTS #: 6203141

Name of Sentencing Judicial Officer:    THE HONORABLE KEVIN MCNULTY
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 08/27/2020

Original Offense:    Count One: Possession with Intent to Distribute Heroin, 21 U.S.C. §§ 841(a)(1) and 841 (b)(1)(B), a Class A Felony

Original Sentence: 48 months imprisonment, 3 years supervised release

Special Conditions: Special Assessment, Life Skills Counseling, Education/Training Requirements, Other Condition

Type of Supervision: Supervised Release    Date Supervision Commenced: 03/27/2023

### NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Marco DeJesus violated the following mandatory condition of probation: **"While on probation, you must not commit another federal, state, or local crime, must refrain from any unlawful use of a controlled substance and must comply with the standard conditions that have been adopted by this court."** |
| | Mr. DeJesus tested positive for marijuana on June 23, 2023. |

U.S. Probation Officer Action:
Mr. DeJesus admitted that he unknowingly consumed a marijuana edible while at a family gathering. He has virtually no history of drug use except from his teenage years. Mr. DeJesus was forthcoming and advised that marijuana use will not be an issue in the future. However, Mr. DeJesus was reminded that marijuana continues to be illegal federally. This office will continue to monitor Mr. DeJesus and advise the Court of any further non-compliance.

Prob 12A – page 2
Marco Dejesus

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Jennifer M. Bonet/jj*

By:  JENNIFER M. BONET
U.S. Probation Officer

/ jmb

APPROVED:

*Carrie H. Borona/jj*       06/23/2023
CARRIE H. BORONA            Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X]  No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other

/s/ Kevin McNulty
Signature of Judicial Officer

6/23/2023
Date